IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DR. TANYA FOWLER, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES DEPARTMENT OF EDUCATION, UNIVERSITY OF PENNSYLVANIA, | : | No. 22-2128 |
| | : | |
| Defendants. | : | |

**STIPULATION AND PROPOSED ORDER FOR AN**
**EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Local Civil Rule 7.4, Plaintiff, Dr. Tanya Fowler and Defendant, United States Department of Education, in this matter through their respective undersigned counsel, hereby stipulate that the deadline for the United States to respond to the Complaint shall be December 8, 2022.

Respectfully submitted,

| | |
|---|---|
| *s/ Jeffrey B. First* | *s/ Bryan C. Hughes* |
| JEFFREY B. FIRST, ESQ. | BRYAN C. HUGHES |
| Law Office of Jeffrey B. First | Assistant United States Attorney |
| 6100 City Avenue, Suite 417 | Eastern District of Pennsylvania |
| Philadelphia, PA 19131 | 615 Chestnut Street, Suite 1250 |
| (215) 307-3939 | Philadelphia, PA 19106 |
| Jfirstlaw@aol.com | (215) 861-8433 |
| | bryan.hughes@usdoj.gov |
| *Attorney for Plaintiff* | |
| *Dr. Tanya Fowler* | *Attorneys for Defendant* |
| | *U.S. Dept. of Education* |

Dated: November 21, 2022

SO ORDERED:

/s/ Juan R. Sánchez
Dated: November 22, 2022                Juan R. Sánchez, C.J.