IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DR. TANYA FOWLER | : | CIVIL ACTION |
| | : | |
| v. | : | No. 22-2128 |
| | : | |
| UNITED STATES DEPARTMENT OF EDUCATION *and* UNIVERSITY OF PENNSYLVANIA | : : : : | |

**<u>ORDER</u>**

AND NOW, this 20th day of April, 2023, upon consideration of Defendants University of Pennsylvania and United States Department of Education's Motions to Dismiss (ECF Nos. 33 and 39), and for the reasons stated in the accompanying Memorandum, it is hereby ORDERED the Motions are GRANTED. Fowler's Second Amended Complaint (ECF No. 32) is DISMISSED WITH PREJUDICE.

The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.